ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                    )
                                               )
Ikhana LLC                                     )     ASBCA Nos. 60462-ADR, 60463-ADR
                                               )                  60464-ADR, 60465-ADR
                                               )                  60466-ADR, 61102-ADR
Under Contract No. W912DR-13-C-0051            )

APPEARANCE FOR THE APPELLANT:          William A. Scott, Esq.
                                        Pedersen & Scott, P.C.
                                        Charleston, SC

APPEARANCES FOR THE GOVERNMENT:        Michael P. Goodman, Esq.
                                        Engineer Chief Trial Attorney
                                        Michael T. Shields, Esq.
                                        Engineer Trial Attorney
                                        U.S. Army Engineer District, Baltimore

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  September 8, 2022

*James R. Sweet*

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60462-ADR, 60463-ADR, 60464-ADR, 60465-ADR, 60466-ADR, 61102-ADR, Appeals of Ikhana LLC, rendered in conformance with the Board's Charter.

Dated:  September 8, 2022

*for Tammye D. Abbott*

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals